UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKERTING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>Denise Adamoyurka | MDL DOCKET NO. 2738<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>DOCKET NO.: 3:20-cv-15661 |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Denise Adamoyurka, by and through counsel, and hereby requests that all claims be dismissed against Defendant, Personal Care Products Council, with prejudice. Plaintiff Denise Adamoyurka and Defendant each to bear their own costs.

Date: July 18, 2025

*Attorneys for Plaintiff*


By: _____*Nicholas Gibson*_____
      Nicholas Gibson, Esquire
      **NACHAWATI LAW GROUP**
      **F/K/A FEARS NACHAWATI, PLLC**
      5489 Blair Road
      Dallas, TX 75231
      Tel: (214)890-0711


By:   Arati Furness_____
      Arati Furness, Esquire
      **NACHAWATI LAW GROUP**
      **F/K/A FEARS NACHAWATI, PLLC**
      5489 Blair Road
      Dallas, TX 75231
      Tel: (214)890-0711
      afurness@ntrial.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

_____

Nicholas Gibson, Esquire